**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARLA JAUREY,

       Plaintiff,

                                      CASE NO.: 3:19-cv-00931-BJD-JBT

vs.

TRI-STONE CORP., a Georgia
Corporation, GMS GA, LLC, a Georgia
Limited Liability Company, and
SALAMANDER HOSPITALITY, LLC,
a Delaware Limited Liability Company,

       Defendants.

_____/

## DEFENDANT'S NOTICE OF RESOLUTION

Defendant SALAMANDER HOSPITALITY, LLC, by and through its undersigned counsel, and pursuant to Local Rule 3.08(a), notifies the Court that the parties have reached an amicable resolution of this case.  Plaintiff will receive the full value or her unpaid overtime and liquidated damages claims under the Fair Labor Standards Act ("FLSA"). Thus, the resolution does not require the Court's review or approval under the FLSA and *Lynn Foods*.  Plaintiff will instead dismiss this lawsuit with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), once the parties complete the resolution.

**DATED** October 3, 2019

Respectfully submitted,

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch
Florida Bar No.: 0962260
E-mail: kevin.zwetsch@ogletree.com
Secondary email: elba.chinea@ogletree.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: (813) 289-1247/Fax:  (813) 289-6530
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy to all counsel of record.

*/s/ Kevin D. Zwetsch*
Attorney

40186078.1